UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT H. JACKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07 C 7216 |
| | ) | |
| v. | ) | |
| | ) | Judge Ashman |
| UNITED STATES OF AMERICA, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Kurt N. Lindland
     KURT N. LINDLAND
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 353-4163
     Kurt.Lindland@usdoj.gov

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**ATTORNEY DESIGNATION**

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on January 8, 2009, to the following individuals:

    Leslie J. Starks
    Attorney at Law
    1516 East 65th Place, #2
    Chicago, Illinois 60637

                                                  s/ Kurt N. Lindland
                                                  KURT N. LINDLAND
                                                  Assistant United States Attorney
                                                  219 South Dearborn Street
                                                  Chicago, Illinois 60604
                                                  (312) 353-4163