UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT H. JACKSON, and LIFE FIRST, INC., an Illinois Corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, James Martin, Regional Commissioner, Dennis Davis, Area Director, Vela Marshall, District manager, and other unknown employees of the Social Security Administration,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 07 C 7216<br><br>  Judge Darrah |

## DEFENDANTS' MOTION TO DISMISS

Defendants, United States, James Martin, Dennis Davis, Vela Marshall, and other unknown employees, in their official capacity, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, hereby move pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure to dismiss the complaint. A memorandum in support of this motion is filed herewith.

               Respectfully submitted,

               PATRICK J. FITZGERALD
               United States Attorney

               By: s/Kurt N. Lindland
                 KURT N. LINDLAND
                 Assistant United States Attorney
                 219 South Dearborn Street
                 Chicago, Illinois  60604
                 (312) 353-4163
                 Kurt.Lindland@usdoj.gov