UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT H. JACKSON, and LIFE FIRST, INC., an Illinois Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, James Martin, Regional Commissioner, Dennis Davis, Area Director, Vela Marshall, District manager, and other unknown employees of the Social Security Administration,<br><br>        Defendants. | No. 07 C 7216<br><br>Judge Darrah |

## NOTICE OF MOTION

To:   Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, March 11, 2008 at 9:00 am at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Darrah in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present DEFENDANTS' MOTION TO DISMISS at which time and place you may appear, if you see fit.

                              Respectfully submitted,

                              PATRICK J. FITZGERALD
                              United States Attorney

                              By: s/Kurt N. Lindland
                                  KURT N. LINDLAND
                                  Assistant United States Attorney
                                  219 South Dearborn Street
                                  Chicago, Illinois  60604
                                  (312) 353-4163
                                  Kurt.Lindland@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

NOTICE OF MOTION

DEFENDANTS' MOTION TO DISMISS

MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

were served on February 25, 2008, in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

s/ Kurt N. Lindland
KURT N. LINDLAND
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4163