UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT H. JACKSON, and LIFE FIRST, INC., an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, James Martin, Regional Commissioner, Dennis Davis, Area Director, Vela Marshall, District manager, and other unknown employees of the Social Security Administration,<br><br>Defendants. | No. 07 C 7216<br><br>Judge Darrah |

**DEFENDANTS' MOTION TO**
**SUBSTITUTE THE UNITED STATES AND TO DISMISS**

Defendants, United States, and James Martin, Dennis Davis, and Vela Marshall, in their official capacities, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, hereby move pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure to dismiss the complaint, and to substitute the United States as the only proper defendant under the Federal Tort Claims Act, 28 U.S.C. § 2679(b). A memorandum in support of this motion is filed herewith.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Kurt N. Lindland
    KURT N. LINDLAND
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois  60604
    (312) 353-4163
    Kurt.Lindland@usdoj.gov