# Exhibit 1

## CERTIFICATION

Pursuant to the provisions of 28 U.S.C. § 2679, as amended, and by virtue of the authority delegated to me by the Attorney General under 28 C.F.R. § 15.4 and through the United States Attorney for the Northern District of Illinois, I hereby certify that I have read the complaint in *Robert Jackson, et al., v. United States, et al.*, No. 07 C 7216 (N.D. Ill.), and that on the basis of the information now available with respect to the incidents referred to therein, I certify that James Martin, Dennis Davis, and Vela Marshal were acting within the scope of their employment as employees of the United States at the time of the incidents out of which the claims arose.

Dated: March 10, 2008

_____
THOMAS P. WALSH
Chief, Civil Division
Office of the United States Attorney
 for the Northern District of Illinois



GOVERNMENT EXHIBIT 1

# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT H. JACKSON, ) | |
| ) | |
| LIFE FIRST, Inc., an Illinois ) | |
| Corporation, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. 07cv7216 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | JUDGE DARRAH |
| Defendant ) | MAGISTRATE JUDGE ASHMAN |
| ) | |

### DECLARATION OF JOHN A. CARLO

I, John A. Carlo, Director, Division of Contracts and Claims, Office of the General Counsel, Office of General Law, Social Security Administration (SSA), declare and state as follows:

1. In my capacity as the Director of the Division of Contracts and Claims in the Office of the General Counsel, Office of General Law, I supervise the activities of various employees, including attorneys and paralegals, who are responsible for the intake, investigation, processing and adjudication of tort claims filed against SSA pursuant to the Federal Tort Claims Act (28 U.S.C. §§ 1346(b), 2401(b), 2671-2680; 28 C.F.R. Parts 14 and 15; 20 C.F.R. § 429). I also cause records concerning these claims to be maintained.



2. I have searched these records to determine whether any administrative tort claim has been filed against SSA by Robert H. Jackson and/or Life First, Inc., an Illinois Corporation.

3. To the best of my knowledge, information, and belief, no administrative tort claim has been filed against SSA by Robert H. Jackson and/or Life First, Inc., an Illinois Corporation.

I hereby declare under penalty of perjury (28 U.S.C. § 1746) that the foregoing statement is true and correct to the best of my knowledge and belief. Executed this 19th day of February, 2008, in Baltimore, Maryland.

_____
John A. Carlo