UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT H. JACKSON, and LIFE FIRST, INC., an Illinois Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, James Martin, Regional Commissioner, Dennis Davis, Area Director, Vela Marshall, District manager, and other unknown employees of the Social Security Administration,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 07 C 7216<br>)<br>) Judge Darrah<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION

To: Counsel of Record

PLEASE TAKE NOTICE that on Wednesday, March 19, 2008 at 9:00 am at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Darrah in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present DEFENDANTS' MOTION TO SUBSTITUTE THE UNITED STATES AND TO DISMISS at which time and place you may appear, if you see fit.

            Respectfully submitted,

            PATRICK J. FITZGERALD
            United States Attorney

            By: s/Kurt N. Lindland
              KURT N. LINDLAND
              Assistant United States Attorney
              219 South Dearborn Street
              Chicago, Illinois  60604
              (312) 353-4163
              Kurt.Lindland@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

> NOTICE OF MOTION
>
> DEFENDANTS' MOTION TO SUBSTITUTE THE UNITED STATES AND TO DISMISS
>
> DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO SUBSTITUTE THE UNITED STATES AND TO DISMISS

were served on March 12, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

>  s/ Kurt N. Lindland
>  KURT N. LINDLAND
>  Assistant United States Attorney
>  219 South Dearborn Street
>  Chicago, Illinois 60604
>  (312) 353-4163