# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7216 | **DATE** | 3/19/2008 |
| **CASE TITLE** |  | Robert H. Jackson vs. USA | |

**DOCKET ENTRY TEXT**

Defendant's motion to substitute the United States as a party and to dismiss this case [11] is granted as to the substitution and entered and briefed as to dismissing this case as follows: response by 4/9/08, reply by 4/23/08. Status hearing set for 5/28/08 at 9:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|