IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT H. JACKSON, )<br>)<br>LIFE FIRST, Inc., an Illinois Corporation )<br>)<br>    Plaintiffs, )<br>)<br>                 v. )<br>)<br>UNITED STATES OF AMERICA, )<br>    James Martin, Regional Commissioner, )<br>    Dennis Davis, Area Director )<br>    Vela Marshall, District Manager, )<br>    and other unknown employees of the Social )<br>    Security Administration )<br>)<br>    Defendants. ) | Civil Action No. 07 C 7216 |

NOTICE OF MOTION

To:    Patrick J. Fitzgerald
        United States Attorney
        % Kurt N. Lindland
        Assistant United States Attorney

    Now comes Robert H. Jackson et al. and asserts that on Tuesday, April 8, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Judge Darrah, or whomever may be sitting in his stead, in Courtroom 1203 in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion for an Extension of time, pursuant to FRCV 6, to file his response to the Defendant's Motion to Substitute and Dismiss.

                                                Respectfully Submitted

                                                By: /s/Leslie J. Starks - Attorney at Law
                                                1516 East 65th Place #2
                                                Chicago, Illinois 60637-3847
                                                773- 955-4881
                                                StarksEsq @ aol.com – E-mail

CERTIFICATE OF SERVICE

The undersigned Attorney hereby certifies that the following documents: Motion for Extension of Time pursuant to FRCV 6, and Notice of Motion were served on April 2, 2008, in accordance with Federal Rules of Civil Procedure 5, Local Rule 5.5 and the General Order on electronic Case filing pursuant to the district court's Electronic Case filing (ECF) system as to ECF filers.

/s/ Leslie J. Starks
LESLIE J. STARKS
Attorney at Law
1516 East 65th Place # 2
Chicago, Illinois 60637
773-955-4881