# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7216 | **DATE** | 4/8/2008 |
| **CASE TITLE** | Robert H. Jackson vs. USA | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for an extension of time to file a response to the motion to dismiss is granted [15]. The Court amends the briefing schedule on the motion to dismiss [11] as follows: response by 4/29/08, reply by 5/14/08. Status hearing set for 5/28/08 is re-set to 6/19/08 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|