IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT H. JACKSON, and | ) | |
| | ) | |
| LIFE FIRST, Inc., an Illinois Corporation | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07 C 7216 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| James Martin, Regional Commissioner, | ) | Honorable Judge Darrah |
| Dennis Davis, Area Director | ) | |
| Vela Marshall, District Manager, | ) | |
| and other unknown employees of the Social | ) | |
| Security Administration | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF FILING

To:   Patrick J. Fitzgerald
      United States Attorney
      % Kurt N. Lindland
      Assistant United States Attorney

Now comes Robert H. Jackson et al. and asserts that on Tuesday, April 29, 2008, in compliance with the Order of Court entered April 9, 2008, caused to be filed Plaintiffs' Motion in Opposition to the Government's Motion to Dismiss.

Respectfully Submitted

By: /s/Leslie J. Starks - Attorney at Law
1516 East 65th Place #2
Chicago, Illinois 60637-3847
773- 955-4881
StarksEsq @ aol.com – E-mail

CERTIFICATE OF SERVICE

The undersigned Attorney hereby certifies that the following documents: Plaintiffs' Response in Opposition to the Government's Motion to Dismiss, and Notice of Filing were served on April 29, 2008, in accordance with Federal Rules of Civil Procedure 5, Local Rule 5.5 and the General Order on electronic Case filing pursuant to the district court's Electronic Case filing (ECF) system as to ECF filers.

/s/ Leslie J. Starks
LESLIE J. STARKS
Attorney at Law
1516 East 65th Place # 2
Chicago, Illinois 60637
773-955-4881