# United States District Court

## Northern District of Illinois
### Eastern Division

Robert H. Jackson, et. al.                    **JUDGMENT IN A CIVIL CASE**

        v.                                Case Number: 07 C 7216

USA, et. al.

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's 8/21/08 memorandum opinion and order, all five counts of plaintiffs' complaint are dismissed.

Michael W. Dobbins, Clerk of Court

Date: 8/21/2008

/s/ Melanie A. Koster, Deputy Clerk